DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT JOHN BARTHMAIER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-756

_____

September 1, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Loren D. Rhoton, Tampa, for Appellant.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.